IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT CHAMBERS
ADC #550525                                                                PLAINTIFF

v.                         No. 4:25-cv-303-DPM

ANTONIO JOHNSON, JR., Major/Chief
Security Officer, Tucker Unit; TODD
BALL, Warden, Tucker Unit; PERRY,
Sergeant, Tucker Unit; WILLIAMS,
Lieutenant, Tucker Unit; DAVIS, Captain,
Tucker Unit; AUDREY WILKINS,
Captain, Tucker Unit; LANDERS,
Sergeant, Tucker Unit; AKESHA KING,
Nurse, Wellpath Employee, Tucker Unit
Infirmary; and PENN-ODOM,
Lieutenant/Classification Officer,
Tucker Unit                                        DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Chambers's failure to protect and inadequate medical care claims against Johnson, Wilkins, Ball, King, and Penn-Odom—based on those defendants' actions from November 2023 to April 2024—go forward. His remaining claims are dismissed without prejudice; and Perry, Williams, Davis, and Landers are dismissed as defendants.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 August 2025